**Don Antione JONES, Plaintiff–Appellant**

v.

**RAMSEY COUNTY SHERIFF'S DE-PARTMENT; Mark Bloom; Sheriff Bostrum; Sgt. Rodriguez; Sgt. L. Werner; Dr. Brad Dupre, Defendants–Appellees.**

**No. 14–3420.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 25, 2015.

Filed: July 8, 2015.

---

Don Antione Jones, Faribault, MN, pro se.

Carl David Dietz, Kimberly Parker, Robert B. Roche, Saint Paul, MN, Tamara Lynn Novotny, Cousineau & McGuire, Minneapolis, MN, for Defendant–Appellee.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Inmate Don Antione Jones appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully considered Jones's arguments for reversal and conducting de novo review of the record, see *Murchison v. Rogers,* 779 F.3d 882, 886–87 (8th Cir. 2015), we agree with the district court that summary judgment was warranted; and we find no error in the denial of Jones's motions for leave to amend his complaint, see *Geier v. Missouri Ethics Comm'n,* 715 F.3d 674, 678 (8th Cir.2013). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.